IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

Gregory & Dawn Johnson,      Case No. 17-11566
                       Debtors.     Chapter 13

## *EX PARTE* APPLICATION FOR AN ORDER REDACTING PERSONAL INFORMATION FROM EMPLOYEE INCOME RECORDS

COME NOW, Gregory & Dawn Johnson, Debtors in the above referenced chapter 7 case, respectfully request the Court (i) authorize, pursuant to section 107(c)(1) of the Bankruptcy Code, the redaction of personally identifiable information from their Employee Income Records filed on April 25, 2017, and (ii) permit the attachment of redacted versions of the aforementioned Employee Income Records attached hereto as **Exhibit A**, on the electronic docket maintained in this case.

WHEREFORE, Debtors respectfully requests entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: April 26, 2017.

Respectfully submitted,

/S/ Patrick E. Moore
Patrick E. Moore, OBA #6351
2525 NW Expressway, Ste 460
Oklahoma City, Ok. 73112
(405) 606-7016 fax 606-7017
Patrickemoore@coxinet.net
Attorneys for Debtors